STATE of Missouri, Plaintiff/Respondent,

v.

Edward HOLLMANN,
Defendant/Appellant.

Edward HOLLMANN, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 64718, 67828.

Missouri Court of Appeals,
Eastern District,
Division One.

May 7, 1996.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of involuntary manslaughter, § 565.024, RSMo 1994. The trial court imposed a sentence of three years imprisonment. Defendant appeals that judgment and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, set-

ting forth the facts and reasons for this order.

The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).

■

Bonnie ALCORN, Appellant,

v.

STATE of Missouri, Respondent.

No. 68823.

Missouri Court of Appeals,
Eastern District,
Division One.

May 7, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Jill C. LaHue, Assistant Attorney General, Jefferson City, for Respondent.

Before KAROHL, Acting P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).